IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **THOERRIN OLDENBOURG** | * | |
| **Plaintiffs** | * | CIVIL ACTION |
| v. | * | NO. 1:13-cv-00498-ELH |
| **MERRICK BANK CORPORATION,** et al. | * | |
| | * | |
| **Defendants** | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*

## ENTRY OF APPEARANCE

Please enter the appearance of Teresa M. Kelly as additional counsel for Defendant Merrick Bank Corporation. James A. Johnson and Semmes, Bowen & Semmes will remain as counsel of record for Defendant Merrick Bank Corporation.

                                             /s/
James A. Johnson (Fed. Bar No. 02293)
Teresa M. Kelly (Fed. Bar No. 09034)
Imran O. Shaukat (Fed. Bar No. 30134)
Semmes, Bowen & Semmes
25. S. Charles Street, Suite 1400
Baltimore, MD 21201
Phone: (410) 539-5040
Fax: (410) 539-5223
Email: jjohnson@semmes.com;
tkelly@semmes.com and
ishaukat@semmes.com

**Attorneys for Merrick Bank Corporation**